**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MIGUEL ANGEL VENEGAS GONZALEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. CIV-26-138-PRW |
| SCARLET GRANT, et al., | ) ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the Court's Order entered on July 15, 2026, Plaintiff's Petition

for Writ of Habeas Corpus is **GRANTED IN PART** pursuant to 28 U.S.C. § 2241.

**IT IS SO ORDERED** this 31 day of July 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1